**Order filed December 11, 2013.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-13-01070-CV**
**NO. 14-13-01071-CV**
**NO. 14-13-01072-CV**
_____

## IN THE INTEREST OF A.F.R., B.R.L., S.M.L. AND E.J.R., a Child

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2012-01622J, 2012-04677J & 2012-16306**

---

### ORDER

These are accelerated appeals from judgments in suits in which the termination of the parent-child relationship is at issue

The notices of appeal were filed November 18, 2013. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order Phyllis Gonzalez, the court reporter, to file the record in this appeal **on or before December 23, 2013.** If she does not timely file the record as ordered, the court will issue an order requiring the trial court to hold a hearing to determine the reason for the failure to file the record.


PER CURIAM